[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-14341
Non-Argument Calendar
_____

D.C. Docket No. 1:16-cr-00197-CG-B-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LUIS MEDINA,

Defendant-Appellant.
_____

Appeal from the United States District Court
for the Southern District of Alabama
_____

(April 30, 2018)

Before WILLIAM PRYOR, JILL PRYOR and FAY, Circuit Judges.

BY THE COURT:

The Government's motion to dismiss this appeal pursuant to the appeal

waiver in Medina's plea agreement is GRANTED.  *See United States v. Bushert*,

997 F.2d 1343, 1350-51 (11th Cir. 1993) (sentence appeal waiver will be enforced

if it was made knowingly and voluntarily); *United States v. Al-Arian*, 514 F.3d 1184, 1192-93 (11th Cir. 2008) (noting that this Court is "especially dubious" of implicit promises where a plea agreement contains an integration clause and the defendant denied relying on other promises in pleading guilty).